IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **Bomin Bunker Oil Pte. Ltd.,** | § § | C.A. NO. 1:13-CV-00362 |
| Plaintiff, | § | |
| v. | § § | |
| **M/V STX ARBORELLA, its engines, tackle and apparel,** | § § § | [Filed Pursuant to Rule 9(h) F.R.C.P.] In Admiralty |
| **And Those in Interest Therein,** | § § | |
| Defendants *in rem*, | § § | |
| **STX Corporation,** | § § | |
| Defendant *in personam*, | § § | |
| and | § § | |
| **The Master of the M/V STX ARBORELLA** | § § § | |
| **Biehl & Co., LP.** **595 Orleans St, Suite 1006** **Beaumont, TX 77701** | § § § § | |
| Garnishees. | § | |

## WARRANT FOR ARREST IN REM

TO THE UNITED STATES MARSHAL
FOR THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

The complaint in the above-styled *in rem* proceeding was filed in the Beaumont Division of this Court on June 6, 2013.

In accordance with FRCP Supplemental Rule C and LAR. C2(a), you are directed both to arrest the defendant vessel, the M/V STX ARBORELLA, her tackle, apparel, furniture, engines and appurtenances, should you find her within this district, and to detain her in your custody pending further order of the court.

     You must also give notice of the arrest to all persons upon whom notice is required by FRCP Supplemental Rule C(4), L.A.R. C(4), as designated by the Plaintiff and the practices of your office.

          WITNESS THE HONORABLE
Judge of said Court,
in said District, this __6th__ day of June, 2013.

DAVID MALAND, CLERK

BY: _____
Deputy Clerk

NOTE: This process is issued pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.